**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

NOEL MCARDLE-BRACELIN, Individually
and On Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

EMBASSY SUITES EMPLOYER LLC;
EMBASSY SUITES MANAGEMENT LLC;
CONGRESS HOTEL, LLC; and VEEDER
HOSPITALITY MANAGEMENT, LLC

                Defendants.

**NOTICE OF MOTION**

Case No. 1:20-cv-00861-TJM-TWD

| | |
|---|---|
| **Motion by:** | Defendants Congress Hotel, LLC; and Veeder Hospitality Management, LLC |
| **Return Date, Time and Place:** | January 11, at 10:00 a.m., at the United States District Court for the Northern District of New York, Albany, New York, before the Honorable Thomas J. McAvoy. |
| **Supporting Papers:** | Attorney Declaration (Jonathan M. Bernstein, Esq.) with supporting exhibits and Memorandum of Law. |
| **Nature of Action:** | Wage and Hour |
| **Relief Demanded:** | On Order from this Court granting the motion of Defendants Congress Hotel, LLC, and Veeder Hospitality Management, LLC, by dismissing, with prejudice and on the merits, the Third and Fourth Causes of Action in the Class Action Complaint and dismissing in part the First and Second Causes of Action for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(c); dismissing of any claim for injunctive/declaratory relief due to lack of subject matter jurisdiction/standing/failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1), (h)(3) and/or (c); dismissing the class action allegations pursuant to CPLR 901(b) and |

Fed. R. Civ. P. 12(b)(1), (h)(3) and/or (c); and dismissing the entire complaint for lack of subject matter jurisdiction, pursuant Fed. R. Civ. P. 12(b)(1), (h)(3); together with such other and further relief that the Court deems just and proper.

**Answering Papers:**     Answering papers, if any, must be served upon the undersigned at least seventeen days prior to the return date of this motion.

DATED:    Albany, New York          GOLDBERG SEGALLA, LLP
          December 10, 2020

                              By: _____
                                   Jonathan M. Bernstein

                                   *Attorneys for Defendants, Congress Hotel,*
                                   *LLC; and Veeder Hospitality Management,*
                                   *LLC*
                                   8 Southwoods Boulevard, Suite 300
                                   Albany, New York 12211

To:    Carolyn Hunt Cottrell
       Schneider Wallace Cottrell Knoecky, LLP
       *Attorneys for Noel McArdle-Bracelin,*
       *Individually and On Behalf of All Others*
       *Similarly Situated*
       2000 Powell Street, Suite 1400
       Emery, CA 94608

       John J. NesticoSchneider
       Wallace Cottrell Knoecky, LLP
       *Attorneys for Noel McArdle-Bracelin,*

*Individually and On Behalf of All OthersSimilarly Situated*
6000 Fairview Road
Suite 1200
Charlotte, NC 28210

David Christopher Leimbach
Schneider Wallace Cottrell Knoecky, LLP
*Attorneys for Noel McArdle-Bracelin,*
*Individually and On Behalf of All Others*
*Similarly Situated*
2000 Powell Street, Suite 1400
Emery, CA 94608

Kristabel Sandoval
Schneider Wallace Cottrell Knoecky, LLP
*Attorneys for Noel McArdle-Bracelin,*
*Individually and On Behalf of All Others*
*Similarly Situated*
2000 Powell Street, Suite 1400
Emery, CA 94608

William Hogg
Schneider Wallace Cottrell Knoecky, LLP
*Attorneys for Noel McArdle-Bracelin,*
*Individually and On Behalf of All Others*
*Similarly Situated*
3700 Buffalo Speedway
Houston, TX  94608

Edward G. Melvin, II
Barclay Damon
*Attorneys for Embassy Suites Employers LLC*
*and Embassy Suites Management, LLC*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY  13202