**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOEL MCARDLE-BRACELIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EMBASSY SUITES FRANCHISE, LLC; HILTON FRANCHISING HOLDING, LLC D/B/A EMBASSY SUITES; CONGRESS HOTEL, LLC; and VEEDER HOSPITALITY MANAGEMENT, LLC<br><br>Defendants. | Case No. 1:20-cv-00861-TJM-TWD<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Noel McArdle-Bracelin ("Plaintiff") Defendants Embassy Suites Franchise LLC, Hilton Franchise Holding LLC, Congress Hotel LLC, and Veeder Hospitality Management, LLC ("Defendants") (together "Parties") jointly file this stipulation agreeing to dismiss this suit in its entirety without prejudice. Pursuant to NDNY Local Rule 41.3, the Parties attest that no party hereto is an infant or incompetent.

IT IS SO STIPULATED AND AGREED.

Date: June 1, 2022

| | |
|---|---|
| **SCHNEIDER WALLACE COTTRELL KONECKY LLP** | **GOLDBERG SEGALLA LLP** |
| */s/ Samantha A. Smith*<br>Carolyn H. Cottrell (*Bar Roll # 701970*)<br>David C. Leimbach (*Bar Roll # 702009)*<br>Kristabel Sandoval (*Bar Roll # 702010)*<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Tel: (415) 421-7100; Fax: (415) 421-7105<br>ccottrell@schneiderwallace.com<br>dleimbach@schneiderwallace.com<br>ksandoval@schneiderwallace.com<br><br>John J. Nestico (N.Y. SBN 1724020)<br>6000 Fairview Road, Suite 1200<br>Charlotte, North Carolina 28210 | */s/ Chris Maugans*<br>Scott Green, Esq.<br>Christopher Maugans, Esq.<br>8 Southwoods Boulevard, Suite 300<br>Albany, New York 12211<br>Tel. 518.9935.4240<br>sgreen@goldbergsegalla.com<br>cmaugans@goldbergsegalla.com<br><br>*Attorneys for Congress Hotel, LLC and Veeder Hospitality Management, LLC* |

Tel: (510) 740-2946; Fax: (415) 421-7105
jnestico@schneiderwallace.com

Samantha A. Smith (*Bar Roll# 703441*)
300 S. Grand Avenue, Suite 2700
Los Angeles, California 90071
Tel: (213) 835-1550; Fax: (415) 421-7105
sasmith@schneiderwallace.com

Ved D. Chitale (*Bar Roll # 703286*)
Taylor A. Jones (*Bar Roll # 703437*)
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
vchitale@schneiderwallace.com
tajones@schneiderwallace.com

*Counsel for Plaintiff and Class Members*

**DLA PIPER LLP (US)**

*/s/ Joseph A. Piesco, Jr.*
Joseph A. Piesco, Jr.
1251 Avenue of the Americas
New York, New York 10020
Tel. (212) 335-4500
Fax.  (212) 335-4501
joseph.piesco@us.dlapiper.com

*Attorneys for Defendants Embassy Suites Franchise LLC and Hilton Franchise Holding LLC*

IT IS SO ORDERED.
DATED:  June 3, 2022

Thomas J. McAvoy
Senior, U.S. District Judge

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I filed the foregoing Stipulation with the Clerk's

office, using the CM/ECF system, which will send notification of such filing to counsel of record

in this matter.

*/s/ Samantha A. Smith*
Samantha A. Smith